# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AETNA HEALTH OF CALIFORNIA, INC. <br><br> Plaintiff <br><br> vs. <br><br> REBECCA CIANCIULLI, <br><br> Defendant | Case No.: 2:25-cv-00762(WLH)(SKx) <br><br> **FINAL JUDGMENT** |

Pursuant to this Court's order of March 18, 2025 granting Defendant's motion to dismiss Plaintiff's complaint with prejudice, final judgment in favor of Defendant and against Plaintiff is hereby entered pursuant to Fed. Rule of Civil Procedure 58(a).  It is so adjudged.

Dated:  July 31, 2025

_____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

- 1 -